IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE JOHNSEN, | ) | CASE NO: 4:08-CV-03200 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TRYCORP, INC., d/b/a BEATRICE 77 LIVESTOCK SALES, | ) ) | |
| | ) | |
| Defendant. | ) | |

Now on this 4th day of December, 2008, this matter came before the Court upon the Plaintiff's Unopposed Motion to Amend his Complaint.

The Court finds that said unopposed motion should be and hereby is sustained. Plaintiff shall file an Amended Complaint on or before the 11th day of December, 2008. Defendant shall have 20 days thereafter to file an Answer to Plaintiff's First Amended Complaint.

DATED December 4, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge