```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LAWRENCE JOHNSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3200 |
| | ) | |
| v. | ) | |
| | ) | |
| TRYCORP, INC., | ) | ORDER |
| d/b/a BEATRICE 77 LIVESTOCK | ) | |
| SALES, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's counsel has requested by letter that the trial of the above matter commence on Tuesday, rather than Monday of the trial week.

IT THEREFORE HEREBY IS ORDERED:

The letter request is granted and the trial, currently set for Monday, August 17, 2009, is rescheduled to begin on Tuesday, August 18, 2009 at 9:00 a.m. for a duration of three days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 17th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge