IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE JOHNSEN, | ) | 4:08CV3200 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRYCORP, INC., d/b/a | ) | |
| BEATRICE 77 LIVESTOCK SALES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion to dismiss (filing 37) is denied without prejudice, as moot.

April 30, 2009.          BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge